# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 15, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138444

OAKLAND COUNTY and OAKLAND
COUNTY SHERIFF'S DEPARTMENT,
    Respondents-Appellees,

v

SC: 138444
COA: 280075
MERC LC No. 06-000031

OAKLAND COUNTY DEPUTY SHERIFF'S
ASSOCIATION,
    Charging Party-Appellant.

_____/

On order of the Court, the application for leave to appeal the February 3, 2009, judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we VACATE, as dictum, that portion of the judgment of the Court of Appeals stating "it is well settled that county corrections officers and other employees who are not police officers are not subject to the hazards of police work." In all other respects, the application for leave to appeal is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 15, 2009

_____
Clerk

d0708